1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   EVER RIVERA,                    )    No. CV 04-4672-VAP (CW)
                                      )
13                Petitioner,        )    ORDER ACCEPTING REPORT AND
                                      )    RECOMMENDATION OF UNITED STATES
14        v.                         )    MAGISTRATE JUDGE
                                      )
15   DAVID L. RUNNELS (Warden),      )
                                      )
16                Respondent.        )
     _____)
17

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Report and Recommendation

20   of the United States Magistrate Judge and all objections thereto.  The

21   court has made a <u>de</u> <u>novo</u> determination with respect to those portions

22   of the Report and Recommendation to which objection has been made.

23

24        **IT IS ORDERED**: (1) that the Report and Recommendation of the

25   United States Magistrate Judge be accepted; and (2) that judgment be

26   entered denying the petition and dismissing this action with

27   prejudice.

28

                                      1

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED:   August 9, 2010

5

6    _____

7    VIRGINIA A. PHILLIPS
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2