**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EVER RIVERA, | ) | No. CV 04-4672-VAP (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. RUNNELS (Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   August 9, 2010

_Virginia A. Phillips_
————————————————————
   VIRGINIA A. PHILLIPS
United States District Judge

1